In the Matter of the Application of David Frank and Others, Petitioners, v. The Board of Education of Union Free School District No. 6, Town of Cortlandt, Westchester County, and Others, Respondents.— Motion to vacate certiorari order denied. We think the respondents should make a proper return in accordance with the provisions of the order. When the matter is thus before the court we will be in a position to dispose of the legal questions involved. Present — Kelly. P. J., Rich, Jaycox, Manning and Young, JJ.

Kings County Trust Company, as Executor, etc., of Henry Hyams, Deceased, Respondent, v. Sophie Hyams, Appellant. Kings County Trust Company, as Executor, etc., of Henry Hyams, Deceased, Respondent, v. Sophie Hyams, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Herbert Leventhal, Appellant, v. John A. Glassburg, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Mary Nappi, Respondent, v. South Brooklyn Railway Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Mary Pacileo, by Her Guardian ad Litem, Carmine Pacileo, Appellant, v. Joseph Guagliardi, Respondent.— Motion for stay of trial denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Nathan Schwartz, Respondent, v. Charles I. Pinner, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Jean M. Wiggins, Respondent, v. Frederick Loeser & Co., Inc., and Another, Appellants.— Motion to vacate judgment as to costs granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

Woolf Instrument Corporation, Respondent, v. Michael Woolf and Others, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Berfel Realty Corporation, Respondent, v. Abraham Sykes, Appellant.— Order denying defendant's motion for judgment affirmed, with ten dollars costs and disbursements. It is clear that the contract sued upon, to be binding upon the seller, must be approved by him. This approval may be by parol. The complaint is sufficient to raise a question of fact as to whether or not the defendant has approved the contract. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

Haakon Berg, Appellant, v. Robert E. McDonnell and Others, Copartners, etc., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.